IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC GYPSUM LLC, )<br>)<br>)<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NEW NGC, INC. D/B/A NATIONAL )<br>GYPSUM COMPANY, )<br>)<br>)<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.<br><br>08-166-HLM<br><br><br>**JOINT MOTION AND SUPPORTING MEMORANDUM FOR ORDER OF DISMISSAL** |

## MOTION

Plaintiff Georgia-Pacific Gypsum LLC and Defendant New NGC, Inc. hereby jointly move the Court for entry of the attached Order dismissing this action.

## MEMORANDUM

The parties respectfully request that the attached Order be entered dismissing this action (including all claims and counterclaims), each party to bear its own costs and attorneys' fees.

Dated: July 30, 2009

_____
Kenneth R. Adamo
**JONES DAY**
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
kradamo@jonesday.com

William B. B. Smith
Ga. Bar No. 664637
Mark V. Campagna
Ga. Bar No. 105989
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
wsmith@jonesday.com

Gregory L. Porter
**JONES DAY**
717 Texas
Houston, Texas 77002
Telephone: 832-239-3832
Facsimile: 832-239-3600
glporter@jonesday.com

Respectfully submitted,

_____
Anthony Nimmo
Kregg T. Brooks
**ICE MILLER**
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417

James R. McKoon
(State Bar No. 495875)
McKoon, Williams & Haun
633 Chestnut Street
1300 Republic Centre
Chattanooga, TN 37450
jmckoon@mwgfirm.com

Attorneys for Defendant New NGC, Inc.

Edward Hine, Jr.
Ga. Bar No. 355775
**EDWARD HINE, JR., P.C.**
111 Bridgeport Plaza, Suite 300
P.O. Box 5128
Rome, Georgia  30162-5128
Telephone:  (706) 291-2531
Facsimile:   (706) 291-1301

Attorneys for Plaintiff Georgia-Pacific
Gypsum LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC GYPSUM LLC, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 08-166-HLM |
| v. ) | |
| ) | **ORDER** |
| NEW NGC, INC. D/B/A NATIONAL ) | |
| GYPSUM COMPANY, ) | |
| ) | |
| Defendant. ) | |

Upon review of the parties' Joint Motion and Supporting Memorandum For Order of Dismissal, it is hereby ORDERED that this action (including all claims and counterclaims) shall be and hereby is dismissed without prejudice (subject to the terms and conditions of the parties' Settlement Agreement dated July 28, 2009); each party to bear its own costs and attorneys' fees.

SO ORDERED, this ____ day of _____, 2009.

                                                _____
                                                Hon. Harold L. Murphy
                                                United States District Court
                                                Northern District of Georgia

ATI-2381879v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, a true and correct copy of the foregoing "JOINT MOTION AND SUPPORTING MEMORANDUM FOR ORDER OF DISMISSAL" was caused to be served upon the following attorneys of record via Electronic Filing with the Clerk of Court using the CM/ECF system:

Anthony Nimmo
Kregg T. Brooks
ICE MILLER LLP
200 West Madison Street, Suite 3500
Chicago, Illinois 60606
Anthony.Nimmo@icemiller.com
Kregg.Brooks@icemiller.com

James R. McKoon
(State Bar No. 495875)
McKoon, Williams & Haun
633 Chestnut Street
1300 Republic Centre
Chattanooga, TN 37450
jmckoon@mwgfirm.com

_____
One of the Attorneys for Plaintiff

ATI-2381879v1